[No. 65406-3-I. Division One. March 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ANA CARY B. AYALA BUSTOS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-01133-2, Ronald L. Castleberry, J., entered April 29, 2010. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Becker, J.

[No. 65495-1-I. Division One. March 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN BIEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-09470-3, Laura Gene Middaugh, J., entered May 4, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Appelwick, JJ.

[No. 65519-1-I. Division One. March 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH LEWIS JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-02753-4, James D. Cayce, J., entered June 7, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Leach, JJ.

[No. 65537-0-I. Division One. March 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BAO DINH DANG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-10797-3, Michael J. Fox, J., entered May 26, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler and Lau, JJ. Now published at 168 Wn. App. 480.